**CASE CLOSED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KISHA CLYBURN,<br><br>Plaintiff,<br><br>-against-<br><br>GEM RECOVERY SYSTEMS LLC; and JOHN DOES 1-25.<br>Defendant. | Civil Case No.: 2:17-cv-09621 MCA-LDW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that the Plaintiff through her attorney, Joseph K, Jones, Esq., pursuant to Rule 41 of the Federal Rules of Civil Procedure, does hereby withdraw her action with prejudice against GEM RECOVERY SYSTEMS LLC; and JOHN DOES 1-25. This Court will retain jurisdiction for the purpose of enforcing the terms of the settlement agreement of the parties.

Dated: December 19, 2017

/s/ Joseph K. Jones

JONES, WOLF & KAPASI, LLC
Joseph K. Jones, Esq.
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile

*Attorneys for Plaintiff*

SO ORDERED
12/21/17
Madeline Cox Arleo, U.S.D.J.